WILLIAM F. ALLMENDINGER, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued November 26, 1945; decided December 6, 1945.

*Saul I. Radin* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (William S. Leb-wohl* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.